**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYUNG H. KWON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 5:22-cv-02040-MCS-KK<br><br>**JUDGMENT** |

1    Pursuant to the Court's Order Re: Motion for Summary Judgment, it is ordered, adjudged, and decreed that Plaintiff Byung H. Kwon's First Amended Complaint is dismissed with prejudice and without leave to amend. Judgment is entered in favor of Defendant Safeco Insurance Company of America and against Plaintiff. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 27, 2023

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE